

# NUMBER 13-22-00088-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MARIO A. DAVILA,                                                **Appellant,**

**v.**

EASY WAY LEISURE CORPORATION
D/B/A EASY WAY PRODUCTS CO.,
KIM DANIELS, INDIVIDUALLY AND AS
AGENT OF EASY WAY LEISURE
CORPORATION D/B/A EASY WAY
PRODUCTS, CO., AND JON D. RANDMAN,
INDIVIDUALLY AND AS AGENT OF EASY
WAY LEISURE CORPORATION D/B/A
EASY WAY PRODUCTS, CO.,                            **Appellees.**

## On appeal from the 404th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Tijerina, Silva, and Peña**
**Memorandum Opinion by Justice Tijerina**

Appellant Mario A. Davila filed an appeal in this cause from a judgment entered by 404th District Court in Cameron County. Subsequently, the parties filed a joint motion to dismiss the appeal, stating that the parties have reached a settlement agreement that resolved the issue in this case.

Having considered the documents on file and the joint motion, this Court is of the opinion that the parties' motion should be granted, and the appeal should be dismissed. *See* TEX. R. APP. P. 42.3(a). We grant the parties' joint motion, and appellant's appeal is hereby dismissed. In accordance with the agreement of the parties, each party will bear its own costs. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal pursuant to the parties' joint motion, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
3rd day of August, 2023.

2